# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Clarisse Christine Toledo, Plaintiff, v. HCA HOLDINGS, INC., et al., Defendants. | Civil No. 17-CV-2856 <br> ~~FILED UNDER SEAL~~ |

## [~~PROPOSED~~] ORDER DISMISSING COUNTS I, II, AND III OF PLAINTIFF/RELATOR'S ORIGINAL COMPLAINT

Before the Court is Plaintiff/Relator Clarisse Christine Toledo's Rule 41 Notice of Dismissal of Counts I, II, and III of her Original Complaint (ECF No. 1). The Court is of the opinion that dismissal of these claims should be GRANTED. It is therefore ORDERED that Counts I, II, and III are dismissed with prejudice to Relator Toledo and without prejudice to the United States.

SO ORDERED THIS 18th DAY OF MARCH, 2019.

_____
UNITED STATES DISTRICT JUDGE